IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEI A. MERRITT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 1:07-CV-1112-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
|     Defendant. | ) |

**MOTION FOR LEAVE TO FILE PLAINTIFF'S BRIEF
IN EXCESS OF THE COURT'S 15 PAGE LIMIT**

The Plaintiff moves this Honorable Court for permission to file the attached Brief of Plaintiff, with one pages more than the 15 page limit.

Dated this the 19th day of May, 2008.

Respectfully submitted,

S/Micki Beth Stiller

_____
MICKI BETH STILLER (STI008)
Attorney for Plaintiff
P.O. Box 1071
Montgomery, Alabama  36101
(334)  834-5544
Facsimile: 334-264-3587
E-mail: mbstiller@mbstiller.com

## CERTIFICATION OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the clerk of the Courts using the CM/EFC system which will send notification of such filing to Defendant's Attorney, James J. DuBois.

S/Micki Beth Stiller<br>
Micki Beth Stiller