# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LEI ANN MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-1112-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER ON MOTION**

Upon consideration of *Defendant's Second Motion for Extension* (Doc. 18, filed July 18, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before August 18, 2008**. Defendant is advised this will be the last extension granted in this case.

Done this 18th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE