IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEI ANN MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-1112-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# O R D E R

After consideration of Defendant's *Motion to Remand* (Doc. # 20, entered August 18, 2008), and the *Memorandum In Support* thereof (Doc. # 21, entered August 18, 2008), it is hereby

**ORDERED** that the **PLAINTIFF file a response by August 25, 2008** to show any cause why the motion should not be granted.

Done this 18th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE